IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE PERALES FLORES,<br><br>　　　　Plaintiff,<br><br>ROBERT DASCHOFSKY,<br><br>　　　　Defendant.<br>_____/ | 1:09 cv 2108 OWW GSA<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 45 DAYS |

　　　　Plaintiff is proceeding pro se in this civil action. On December 2, 2009, Plaintiff submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, however, he did not complete the form.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　Within forty-five (45) days of the date of service of this order, plaintiff shall complete and submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**.

　　　　**Failure to comply with this order will result in this action be dismissed.**

　　　　IT IS SO ORDERED.

　　　Dated:   **December 9, 2009**　　　　　　　　　　　/s/ **Gary S. Austin**

1 UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28